The People of the State of New York, Respondents, v. Isidore Friedman, Appellant.— Motion denied, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

The People of the State of New York ex rel. William A. Grimshaw, Appellant, v. William A. Prendergast, Register of Kings County, Respondent.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Edgar Robinson, Respondent, v. Insurance Company of North America, Appellant.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Morris Sonin, Appellant, v. Samuel Brody, Respondent.— Motion to dismiss appeal granted, with costs, there being nothing in the papers to indicate that errors occurred on the trial justifying the appeal. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Salvatore Tubbiolo, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Motion denied, with costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

William S. Warren, Respondent, v. Cramp & Company and Others, J. K. Brown & Company, Appellants.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

In the Matter of the Application of Carlos de Alvandros for Admission to the Bar.— Application referred to the committee on character. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application, Pursuant to Chapter 483 of the Laws of 1909,* of The Co-Operative Law Company.— Application granted. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ. Settle order before Mr. Justice Jenks.

In the Matter of the Application of Henry Schmidt for Payment of an Award etc., in Proceedings to Acquire a School Site on the Northerly Side of Covert Avenue, etc.— Application referred to Simeon B. Chittenden to hear and report. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Annie McDonnell, as Administratrix, etc., Respondent, v. Metropolitan Bridge and Construction Company, Appellant.— Motion to resettle order denied, without costs. Present — Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ.

Bertha E. Nahe, Individually and as Administratrix with the Will Annexed, etc., of Louise E. Nahe, Deceased, Respondent, v. Henry J. Bauer and Katie Gambert, Defendants, Impleaded with Clark D. Rhinehart, Appellant. (No. 2.) — Motion for reargument denied, with costs, on the authority of *Nahe* v. *Bauer*, *No. 1 (ante,* p. 375), decided herewith. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

_____

* Penal Law, § 280.— [REP.